**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS CERDA AND CHRISTINE CERDA**, <br><br>           **Plaintiff**s, <br><br>      v. <br><br> **LIBERTY MUTUAL FIRE INSURANCE COMPANY, and DOES 1 to 20, inclusive,** <br><br>           **Defendants.** | **CV F 05-1418 AWI DLB** <br><br> **ORDER OF DISMISSAL** |

On December 22, 2006, the parties filed a request for dismissal with prejudice of this action.    The request is signed by the parties who have appeared in this case.

Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  <u>Carter v. Beverly Hills Sav. & Loan</u>

1   Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.
2   1986).   Because a stipulation for dismissal has been filed and signed by all parties who have
3   made an appearance, as required by Rule 41(a)(1)(ii), this action has terminated.
4       Therefore, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to
5   dismiss the complaint with prejudice.   Each party is to bear its own costs and fees.

7   IT IS SO ORDERED.

8   **Dated:**   **December 22, 2006**             **/s/ Anthony W. Ishii**
    0m8i78                                                      UNITED STATES DISTRICT JUDGE